Capital City Lodge No. 12 of the Fraternal Order of Police, Appellant *v.* Municipal Government of the City of Harrisburg et al., Appellees.

Argued September 14, 1977, before President Judge BOWMAN and Judges CRUMLISH, JR., WILKINSON, JR., MENCER, ROGERS and BLATT.

*Richard L. Guida,* with him *Jameson, Connelly, Martsolf & Guida,* for appellant.

*Louis J. Adler,* City Solicitor, with him *Stuart J. Magdule,* Staff Attorney, for appellees.

OPINION PER CURIAM, September 29, 1977:

ORDER

PER CURIAM, Now, September 29, 1977, the order of the court below is hereby affirmed upon the opinion of Judge LIPSITT reported at 99 Dauph. 31 (1977).